IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

ROBERT JOHNSON,

    *Plaintiff,*

v.

CELEBRITY CRUISES, INC.,

    *Defendant.*

                             /

Case No. 0:19-cv-62003-DPG

**CLASS ACTION**

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Robert Johnson ("Plaintiff"), by and through his undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses his claims individually with prejudice, and on behalf of the class without prejudice, with Plaintiff and Defendant each bearing their respective attorneys' fees and cost.

Respectfully submitted,

*/s/ Jibrael Hindi*
JIBRAEL S. HINDI, ESQ. (FL Bar No. 118259)
jibrael@jibraellaw.com
THE LAW OFFICES OF JIBRAEL S. HINDI
110 SE 6th Street, Suite 1744
Fort Lauderdale, FL 33301
Telephone: (954) 907-1136
Facsimile: (855) 529-9540

*Counsel for Plaintiff, Robert Johnson*